IT IS SO ORDERED.
/s/ Solomon Oliver, Jr.
United States District Judge
8/16/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WRB PARTNERS, LLC, | ) Case No. 1:20-CV-2582 |
| Plaintiff/Counter-Defendant | ) |
| vs. | ) JUDGE SOLOMON OLIVER |
| RGN-CLEVELAND II, LLC, | ) |
| Defendant/Counter-Plaintiff | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 4l (a)(1)(a)(ii), all parties who have appeared in this case respectfully submit this Joint Stipulation of Dismissal with prejudice and request that the Court note on its docket the dismissal of all claims in this case. The parties in this case have reached a settlement of this dispute and have agreed to dismiss the instant case with each party to bear its own costs and attorney fees.

| | |
|---|---|
| */s/ Aaron S. Evenchik* | */s/Greg Brassfield (via e-mail consent 8/11/2021)* |
| Daniel A. DeMarco (0038920) | Jeffery D. Ubersax (0039474) |
| Aaron S. Evenchik (0073809) | Brandon Mordue (0092146) |
| HAHN LOESER & PARKS LLP | KUSHNER & HAMED CO., LPA |
| 200 Public Square, Suite 2800 | 1375 East 9th Street, Suite 1930 |
| Cleveland, Ohio 44114-2316 | Cleveland, Ohio 44114 |
| Phone: (216) 621-0150 | Phone: (216) 696-6700 |
| Fax:    (216) 241-2824 | Fax:    (216) 696-6772 |
| Email: dademarco@hahnlaw.com | Email:  jdubersax@kushnerhamed.com |
|            aevenchik@hahnlaw.com |             bmordue@kushnerhamed.com |

*Counsel for Plaintiff/Counter-Defendant
WRB Partners, LLC*

Eric Pinker (*admitted Pro Hac Vice*)
Greg Brassfield (*admitted Pro Hac Vice*)
Bennett G. Hampilos (*admitted Pro Hac Vice*)
LYNN PINKER HURST & SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Phone: (214) 981-3800
Fax:     (214) 981-3839
Email:  epinker@lynnllp.com
          gbrassfield@lynnllp.com
          bhampilos@lynnllp.com

*Counsel for Defendant/Counter-Plaintiff RGN-Cleveland II, LLC*